UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. Haven Abdullah, 09-360 (DMC)

## PETITION FOR WRIT OF
## HABEAS CORPUS AD PROSEQUENDUM

1.  Haven Abdullah is now confined at the Albert C. Wagner Correctional Facility.

2.  Said individual will be required at Newark, New Jersey, before the Hon. Dennis M. Cavanaugh, U.S. District Judge, on June 8, 2009, at 9:30 a.m., for arraignment and trial in the above-captioned case.  A Writ of Habeas Corpus Ad Prosequendum should issue for that purpose.

DATED: May 29, 2009

s/: **Robert Frazer**
Robert Frazer
Assistant U.S. Attorney, Petitioner

## ORDER

Let the Writ Issue.
DATED: May, June 1 2009

Hon. Dennis M. Cavanaugh, U.S.D.J.

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The President of the United States of America, to the Warden of the Albert C. Wagner Correctional Facility and United States Marshal, District of New Jersey:  You are commanded to have the custody of

Haven Abdullah,

now detained in the Albert C. Wagner Correctional Facility under your custody, under safe and secure conduct before the judges of the United States District Court for the District of New Jersey, at the United States Courthouse, Federal Square, Newark, New Jersey, on June 8, 2009, at 9:30 a.m., there to appear for arraignment and trial and, immediately after Abdullah Haven shall have been discharged or convicted or sentenced on the indictment or information, that you return the prisoner to the Albert C. Wagner Correctional Facility under safe and secure conduct, and have you then and there this writ.

WITNESS the Honorable Dennis M. Cavanaugh
United States District Judge
Newark, New Jersey.

DATED: May June 1, 2009

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per:
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. Rashawn Bruce, 09-360 (DMC)

## P E T I T I O N   F O R   W R I T   O F   H A B E A S   C O R P U S   A D   P R O S E Q U E N D U M

1.  Rashawn Bruce is now confined at the Hudson County Jail.

2.  Said individual will be required at Newark, New Jersey, before the Hon. Dennis M. Cavanaugh, U.S. District Judge, on June 8, 2009, at 9:30 a.m., for arraignment and trial in the above-captioned case.  A Writ of Habeas Corpus Ad Prosequendum should issue for that purpose.

DATED: May 29, 2009                          **s/: Robert Frazer**
                                             Robert Frazer
                                             Assistant U.S. Attorney, Petitioner

## O R D E R

Let the Writ Issue.
                                     JUNE
DATED: May, / 2009

                                     _____
                                     Hon. Dennis M. Cavanaugh, U.S.D.J.

## W R I T   O F   H A B E A S   C O R P U S   A D   P R O S E Q U E N D U M

The President of the United States of America, to the Warden of the Albert C. Wagner Correctional Facility and United States Marshal, District of New Jersey:  You are commanded to have the custody of

Rashawn Bruce,

now detained in the Hudson County Jail under your custody, under safe and secure conduct before the judges of the United States District Court for the District of New Jersey, at the United States Courthouse, Federal Square, Newark, New Jersey, on June 8, 2009, at 9:30 a.m., there to appear for arraignment and trial and, immediately after Rashawn Bruce shall have been discharged or convicted or sentenced on the indictment or information, that you return the prisoner to the Hudson County Jail under safe and secure conduct, and have you then and there this writ.

          WITNESS the Honorable Dennis M. Cavanaugh
          United States District Judge
          Newark, New Jersey.
          JUNE
DATED: May __/, 2009                 WILLIAM T. WALSH
                                     Clerk of the U.S. District Court
                                     for the District of New Jersey

                                     Per: _____
                                          Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. Gregory Shannon, 09-360 (DMC)

## P E T I T I O N   F O R   W R I T   O F
## H A B E A S   C O R P U S   A D   P R O S E Q U E N D U M

1.  Gregory Shannon is now confined at the Hudson County Jail.

2.  Said individual will be required at Newark, New Jersey, before the Hon. Dennis M. Cavanaugh, U.S. District Judge, on June 8, 2009, at 9:30 a.m., for arraignment and trial in the above-captioned case.  A Writ of Habeas Corpus Ad Prosequendum should issue for that purpose.

DATED: May 29, 2009

**s/: Robert Frazer**
Robert Frazer
Assistant U.S. Attorney, Petitioner

## O R D E R

Let the Writ Issue.
DATED: ~~May~~ June, / 2009

Hon. Dennis M. Cavanaugh, U.S.D.J.

## W R I T   O F   H A B E A S   C O R P U S   A D   P R O S E Q U E N D U M

The President of the United States of America, to the Warden of the Albert C. Wagner Correctional Facility and United States Marshal, District of New Jersey:  You are commanded to have the custody of

Gregory Shannon,

now detained in the Hudson County Jail under your custody, under safe and secure conduct before the judges of the United States District Court for the District of New Jersey, at the United States Courthouse, Federal Square, Newark, New Jersey, on June 8, 2009, at 9:30 a.m., there to appear for arraignment and trial and, immediately after Gregory Shannon shall have been discharged or convicted or sentenced on the indictment or information, that you return the prisoner to the Hudson County Jail under safe and secure conduct, and have you then and there this writ.

WITNESS the Honorable Dennis M. Cavanaugh
United States District Judge
Newark, New Jersey.

DATED: ~~May~~ June / , 2009

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per:
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. David Wooten, 09-360 (DMC)

## P E T I T I O N   F O R   W R I T   O F
## H A B E A S   C O R P U S   A D   P R O S E Q U E N D U M

1.  David Wooten is now confined at the Hudson County Jail.

2.  Said individual will be required at Newark, New Jersey, before the Hon. Dennis M. Cavanaugh, U.S. District Judge, on June 8, 2009, at 9:30 a.m., for arraignment and trial in the above-captioned case.  A Writ of Habeas Corpus Ad Prosequendum should issue for that purpose.

DATED: May 29, 2009

**s/: Robert Frazer**
Robert Frazer
Assistant U.S. Attorney, Petitioner

## O R D E R

Let the Writ Issue.

DATED: ~~May~~ *June* / 2009

Hon. Dennis M. Cavanaugh, U.S.D.J.

## W R I T   O F   H A B E A S   C O R P U S   A D   P R O S E Q U E N D U M

The President of the United States of America, to the Warden of the Albert C. Wagner Correctional Facility and United States Marshal, District of New Jersey:  You are commanded to have the custody of

David Wooten,

now detained in the Hudson County Jail under your custody, under safe and secure conduct before the judges of the United States District Court for the District of New Jersey, at the United States Courthouse, Federal Square, Newark, New Jersey, on June 8, 2009, at 9:30 a.m., there to appear for arraignment and trial and, immediately after David Wooten shall have been discharged or convicted or sentenced on the indictment or information, that you return the prisoner to the Hudson County Jail under safe and secure conduct, and have you then and there this writ.

WITNESS the Honorable Dennis M. Cavanaugh
United States District Judge
Newark, New Jersey.

DATED: ~~May~~ *June* / 2009

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
      Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. Marcus Clark, 09-360 (DMC)

## P E T I T I O N   F O R   W R I T   O F
## H A B E A S   C O R P U S   A D   P R O S E Q U E N D U M

1.  Marcus Clark is now confined at the Hudson County Jail.

2.  Said individual will be required at Newark, New Jersey, before the Hon. Dennis M.
Cavanaugh, U.S. District Judge, on June 8, 2009, at 9:30 a.m., for arraignment and trial
in the above-captioned case.  A Writ of Habeas Corpus Ad Prosequendum should issue
for that purpose.

DATED: May 29, 2009

<u>**s/: Robert Frazer**</u>
Robert Frazer
Assistant U.S. Attorney, Petitioner

## O R D E R

Let the Writ Issue.

DATED: ~~May~~ June, 1 2009

Hon. Dennis M. Cavanaugh, U.S.D.J.

## W R I T   O F   H A B E A S   C O R P U S   A D   P R O S E Q U E N D U M

The President of the United States of America, to the Warden of the Albert C. Wagner
Correctional Facility and United States Marshal, District of New Jersey:  You are
commanded to have the custody of

Marcus Clark,

now detained in the Hudson County Jail under your custody, under safe and secure
conduct before the judges of the United States District Court for the District of New
Jersey, at the United States Courthouse, Federal Square, Newark, New Jersey, on
June 8, 2009, at 9:30 a.m., there to appear for arraignment and trial and, immediately
after Marcus Clark shall have been discharged or convicted or sentenced on the
indictment or information, that you return the prisoner to the Hudson County Jail under
safe and secure conduct, and have you then and there this writ.

WITNESS the Honorable Dennis M. Cavanaugh
United States District Judge
Newark, New Jersey.

DATED: ~~May~~ June 1, 2009

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk