PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Rashawn Bruce                                         Cr.: 09-00360-003
                                                                        PACTS #: 54976

Name of Judicial Officer:            THE HONORABLE ESTHER SALAS
                                     UNITED STATES DISTRICT JUDGE

Name of Sentencing Judicial Officer: THE HONORABLE DENNIS M. CAVANAUGH
                                     UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 11/23/2010

Original Offense:   Conspiracy To Possess With Intent To Distribute 100 Grams or More of Heroin

Original Sentence: 120 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Substance Abuse Testing, Alcohol Treatment, Drug Treatment

Type of Supervision: Supervised Release                Date Supervision Commenced: 09/01/2017

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On September 19, 2018, while working at the Home Depot in Jersey City, New Jersey, the offender was observed via video footage removing a Glacier Bay water dispenser and a Milwaukee 7-in-1 combo kit. He loaded the items into a cart and exited via a rear door, where he then placed the items in a silver Chrysler Pacifica. The value of the stolen items totaled $663. |
| | When questioned by the Jersey City Police Department, the offender agreed to a search of his vehicle, where the stolen items were recovered. The offender was arrested, charged with shoplifting, and released on a summons. He is scheduled to appear in New Jersey (Hudson County) Superior Court on October 4, 2018. |

U.S. Probation Officer Action:
Until this arrest, the offender has had no issues of noncompliance. He is remorseful of this setback and willing to accept the directives of the court and the probation office. The offender was directed to report to Martin's Place in Jersey City, where he is currently completing a reentry program, and will also commence Moral Regonation Therapy (MRT) at our office, beginning on October 3, 2018. At this juncture, the probation office is requesting no formal action at this time, as we would prefer to await the outcome of the underlying charge, as well as the offender's progress in the reentry and cognitive behavioral therapy programs.

Respectfully submitted,

By: Gisella M. Bassolino
U.S. Probation Officer
Date: 09/26/2018

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time (as recommended by Probation)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

Signature of Judicial Officer
Esther Salas, U.S.D.J.
September 26, 2018
Date